ACCEPTED
04-15-00155CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/13/2015 3:12:50 PM
KEITH HOTTLE
CLERK

CAUSE NO. 041500155CV

| | | |
|---|---|---|
| BEXAR COUNTY HOSPITAL | § | IN THE FOURTH COURT IN |
| DISTRICT d/b/a UNIVERSITY | § | |
| HEALTH SYSTEM | § | OF APPEALS |
| | § | |
| V. | § | |
| | § | |
| PAUL DOUGLAS HARLAN | § | SAN ANTONIO, TEXAS |

4th COURT OF APPEALS
SAN ANTONIO, TEXAS
04/13/2015 3:12:50 PM
KEITH E. HOTTLE
Clerk

RESPONSE TO ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the Bexar County Hospital District d/b/a University Health System, Appellant herein, and files this its Response to this Court's Order dated April 10, 2015 and shows the Court as follows:

1. This is an interlocutory appeal of an Order denying Motion to Dismiss signed on February 26, 2015. Appellant's Notice of Appeal was filed in the trial court on March 16, 2015. On March 16, 2015, the undersigned counsel sent a letter to the Bexar County District Clerk, requesting preparation of the Clerk's Record. A true and correct copy of this letter is attached as Exhibit A. The letter specifically requested that the undersigned counsel be contacted so that arrangements could be made for payment of any fees incurred in connection with the preparation and filing of the Clerk's Record.

2. Despite this request, the District Clerk's Office has made NO CONTACT whatsoever with the undersigned counsel. No request for payment has been received from the District Clerk's Office with respect to the request that the Clerk's Record be prepared. It appears that the clerk filed a document with this Court on April 6, 2015 advising that the clerk's record was not filed do to lack of payment. The undersigned counsel was not provided with a copy of this Notice.

3. On the evening of April 10, 2015, the undersigned counsel was electronically

served with an Order issued by this Court requiring Appellant to provide written proof that the clerk's fee has been paid or arrangements have been made to pay the clerk's fee. On the Monday following receipt of this Order, the undersigned counsel's office contacted the District Clerk's office to obtain, *for the first time,* the amount owed for preparation of the Clerk's Record. The fee has now been paid in full. (Exhibit B) Appellant has never taken the position that it is entitled to proceed with the appeal without payment of the clerk's fee and has been diligent in pursuing this appeal. A proper letter request was timely filed with the District Clerk's Office and, any delay in payment of the fee was caused by the District Clerk's office failure to notify counsel that the record had been prepared or that a fee was due.

WHEREFORE, PREMISES CONSIDERED, Appellant Bexar County Hospital District d/b/a University Health System, requests that it's the Court acknowledge payment of the District Clerk's fee; that the Clerk's Record be filed upon tender by the District Clerk's Office, that the appeal proceed and that it be granted any other relief to which it may be requested.

Respectfully submitted,

**LAURA A. CAVARETTA**
State Bar No. 04022820

**CAVARETTA, KATONA & LEIGHNER**
One Riverwalk Place
700 N. St. Mary's Street, Suite 1500
Cavarettal@ckf-law.com
San Antonio, TX 78205
Telephone: (210) 588-2901
Facsimile: (210) 588-2908

**ATTORNEY FOR APPELLANT, BEXAR COUNTY HOSPITAL DISTRICT d/b/a UNIVERSITY HEALTH SYSTEM**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing document has been furnished to the following, as indicated, this _13th_ day of April, 2015:

Paul Saputo, Jr.                                        ***VIA E-FILING SERVICE***
SAPUTO LAW FIRM
2050 N. Stemmons Freeway
Mail Unit 310
Dallas, Texas 75207
paul@saputo-law.com
Attorney for Appellee

LAURA A. CAVARETTA

# EXHIBIT "A"

LAURA A. CAVARETTA
BOARD CERTIFIED, CIVIL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION



CAVARETTA, KATONA & FRANCIS, PLLC

CAVARETTAL@CKF-LAW.COM
T: 210-588-2901
F: 210-588-2908

March 16, 2015

Bexar County District Clerk
Paul Elizondo Tower
101 Nueva Suite 217
San Antonio, Texas 78205

ATTENTION: Appeals/Clerk's Record Request

RE: Cause No. 2014-CI-11941; *Paul Douglas Harlan v. Justin Brazeal, M.D., William B. Bell, M.D., Matthew Napierala, M.D., and Bexar County Hospital District d/b/a University Hospital;* In the District Court, 150th Judicial District, Bexar County, Texas; BCHD No. 2014-23; File No. 3815-302

Dear Clerk:

On March 16, 2015, a Notice of Appeal was filed to perfect an interlocutory appeal of the Order denying Motion to Dismiss signed by Judge Larry Noll on February 26, 2015. A copy of the Order which is the subject of the appeal is attached. This appeal is taken to the Fourth Court of Appeals.

In connection with this appeal, I ask that you prepare a Clerk's Record to include the following documents (and all documents or exhibits attached thereto):

Plaintiff's Original Petition;
Bexar County Hospital District d/b/a University Health System's Plea in Abatement, Special Exceptions and Original Answer filed on August 21, 2014;
Abatement Order entered on September 23, 2014;
Bexar County Hospital District d/b/a University Health System's Motion to Dismiss filed on December 29, 2014;
Plaintiff's Opposition to Motion to Dismiss filed on February 23, 2015;
Order Denying Motion to Dismiss signed on February 26, 2015;
Notice of Appeal;
A copy of this Letter.

Please contact my office so that arrangements can be made for payment of any fees incurred in connection with the preparation and filing of the Clerk's Record. Should you have any questions, I can be reached at 210-588-2901. Thank you for your attention to this matter.

Sincerely,

Laura A. Cavaretta

xc: Karen McMurry *(via e-mail)*
Paul Saputo *(via fax 888-236-2516)*

ONE RIVERWALK PLACE    700 N. ST. MARY'S ST., STE. 1500    SAN ANTONIO, TEXAS 78205

CAUSE NO 2014-CI-11941

PAUL DOUGLAS HARLAN      *      IN THE DISTRICT COURT
         *Plaintiff*    *

VERSUS                *

DR. JUSTIN BRAZEAL, M.D.,    *      150TH JUDICIAL DISTRICT
DR. WILLIAM B. BELL, M.D.,    *
DR. MATTHEW NAPIERALA, M.D,   *
AND BEXAR COUNTY HOSPITAL    *
DISTRICT d/b/a            *
UNIVERSITY HEALTH SYSTEM    *
        *Defendants*   *      BEXAR COUNTY, TEXAS

## ORDER DENYING MOTION TO DISMISS

On this day came before the court for consideration Bexar County Hospital District d/b/a University Health System's Motion to Dismiss. Plaintiff and Defendant Bexar County Hospital District d/b/a University Health System ("Movant") appeared by and through their attorneys of record.

THE COURT, having considered the pleadings, the evidence presented and the argument of counsel, is of the opinion and so finds that Plaintiff has complied with the requirements of §74.351 of the Civil Practice and Remedies Code with respect to Movant, Plaintiff having provided Movant with an expert opinion before the expiration of the time limit described in §74.351(a) of the Civil Practice and Remedies Code, and that Movant's Motion to Dismiss should in all things be DENIED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Movant's Motion to Dismiss is denied; and that Movant's request for recovery of attorney's fees and costs is denied. All other relief not specifically granted herein is denied.

Signed this the _____ day of _FEB 2 6 2015_ , 2015.

Larry Noll
Presiding Judge
408th District Court
Bexar County, Texas

HON. LARRY NOLL
JUDGE PRESIDING


APPROVED AS TO FORM:


PAUL SAPUTO JR.
State Bar No. 24083792
SAPUTO LAW FIRM
2050 N. Stemmons Freeway
Mail Unit 310
Dallas, TX 75207
Tel. 888-239-9305
Fax 888-236-2516
paul@saputo-law.com


ATTORNEY FOR PLAINTIFF


LAURA A. CAVARETTA
State Bar No. 04022820


CAVARETTA, KATONA & FRANCIS, PLLC
One Riverwalk Place
700 N. St. Mary's Street, Suite 1500
San Antonio, Texas 78205
Telephone: (210) 588-2901
Facsimile: (210) 588-2908
e-mail: cavaretta@ckf-law.com


ATTORNEY FOR DEFENDANT,
BEXAR COUNTY HOSPITAL DISTRICT d/b/a
UNIVERSITY HEALTH SYSTEM

# EXHIBIT "B"

# Bexar County
## District Clerk



Donna Kay McKinney

TRANS #: 204          COL PT: M.
BATCH #: 90982      BATCH DT: 4/13/2015
RCPT DATE: 4/13/2015    OFFICE: CHDC-D2VD4
========================================

Receipt:00133953      Document:00J3365978
Category:1005   dcMisc/Fees
Cause #:2014CI11941
Service:

Payor:CAVARETTA KATONA
      & FRANCIS PLLC

PAUL D HARLAN
              VS
DR JUSTIN BRAZEAL MD ETAL.
Court:0150
Receipt Amount:$64.00
---------------------------------------

1040  Clerks Record                    $64.00
      Quantity: 1.000000
                     Total:            $64.00
========================================

Tender Code:CK   Tender Amount:       $64.00
Check/Money Order #:005077

========================================
Checks presented:

CAVARETTA, KATONA & FRANCIS, P.LLC          THE BANK OF SAN ANTONIO         6077
                                                                         04/13/2015
PAY TO THE
ORDER OF:  Bexar County District Clerk                    $ **64.00
Sixty Four and 00/ 00 *******************************************     DOLLARS
         Bexar County District Clerk
MEMO
         Clerk's Record / Exhibits                      Ross Cavaretta

Total Transaction:$64.00
     Today's Date:4/13/2015 11:36
              By:   DC35969
          THANK YOU!